**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**FBC HOME CONCEPT LLC,**
Plaintiff,

v. 2:26-cv-2412-KCD-NPM

**HEARTLAND PAYMENT SYSTEMS, LLC**, *et ano.*,
Defendants.

---

## ORDER COMPELLING ARBITRATION

Without opposition, defendants Heartland Payment Systems, LLC and Global Payments, Inc. move to compel arbitration and dismiss this action. The Federal Arbitration Act contemplates a stay, rather than a dismissal (*see* 9 U.S.C. § 3), and the United States Supreme Court unanimously held that "[w]hen a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding." *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024); *see also Bender v. A.G. Edwards & Sons, Inc.*, 971 F.2d 698, 699 (11th Cir. 1992) (reading § 3 to mandate a stay when all claims are subject to arbitration and a party properly requests a stay); *Ibrahim v. Fitness International, LLC*, No. 6:24-cv-702-JSS-LHP, 2024 WL 3103450, *2 (M.D. Fla. June 24, 2024) (applying *Smith* to find that, under § 3, a stay rather than a dismissal is appropriate even when the motion to compel arbitration is unopposed).

Accordingly, the motion (Doc. 23) is **GRANTED in part** as to the arbitration, but is otherwise **DENIED**. Pursuant to the Federal Arbitration Act, this case is **STAYED** pending arbitration of this action. 9 U.S.C. § 3. As outlined under Rule 5(a)(v) of the JAMS Comprehensive Arbitration Rules & Procedures, applying here per the terms and conditions agreement (Doc. 23-1 at 207), plaintiff FBC Home Concept LLC must commence arbitration within two weeks of this order and submit a copy of this order to JAMS. The parties must promptly complete the arbitration pursuant to their agreement and file a joint status report by **June 1, 2027**, and **quarterly** thereafter. Should the parties seek a court order affirming the arbitration award, either party may move for such relief within one year of the award. 9 U.S.C. § 9. A motion to vacate or modify the arbitration award must be filed and served on the adverse party within three months of the award's issuance. 9 U.S.C. § 12. Any motion to confirm, modify, or correct the arbitration award must include the appropriate papers. 9 U.S.C. § 13.

**ORDERED** on November 24, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge